of error coram nobis denied. Present—Scudder, P.J., Smith, Centra, Fahey and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TIMOTHY R. THOMAS, Appellant. [913 NYS2d 119]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Martoche, Green, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DORIAN FACEN, Appellant. [913 NYS2d 119]—Motion for writ of error coram nobis denied. Present—Martoche, J.P., Smith, Carni and Pine, JJ.

■ JENNIFER D. MARTINO, Respondent, v MICHAEL A. STOLZMAN, Respondent, and MICHAEL OLIVER et al., Appellants. (Action No. 1.) JUDITH A. ROST, Respondent, v MICHAEL A. STOLZMAN et al., Respondents, and MICHAEL OLIVER et al., Appellants. (Action No. 2.) [913 NYS2d 118]—Motion for leave to appeal to the Court of Appeals granted. Present—Martoche, J.P., Smith, Fahey, Peradotto and Green, JJ.

■ THOMAS J. TRZASKA et al., Appellants, v ALLIED FROZEN STORAGE, INC., Defendant. W.C.S. OF NEW YORK, INC., Respondent. (Appeal No. 2.) [913 NYS2d 118]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Martoche, Peradotto, Green and Gorski, JJ.

■ DOUGLAS J. CURELLA et al., Respondents, v TOWN OF AMHERST et al., Appellants. [913 NYS2d 119]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Centra, Carni, Lindley and Green, JJ.

■ CHRISTINA L. HERDENDORF, Respondent, v GEICO INSURANCE COMPANY, Appellant. CHRISTINA L. HERDENDORF, Respondent, v JESSE JANSKY et al., Appellants. [913 NYS2d 119]—Motion for reargument denied. Present—Centra, J.P., Peradotto, Lindley, Sconiers and Gorski, JJ.

■ In the Matter of ROBIN DiNATALE, Petitioner, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents. [913 NYS2d 119]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Carni, Lindley, Sconiers and Pine, JJ.

■ ROBERT BAKER et al., Individually and as Administrators of the Estate of DOMINICK BAKER, Deceased, Respondents, v COUNTY OF OSWEGO, Appellant, and CARL F. ERIKSON et al., as Parents and Natural Guardians of JOHN M. ERIKSON, an Infant, et al., Respondents. [913 NYS2d 119]—Motion for reargument or